THE PEOPLE OF THE STATE OF NEW YORK ex rel. A.E.F., on Behalf of M.J.L.-F., Respondent, v K.T.L., Appellant.

In the Matter of K.T.L., Appellant, v A.E.F., Respondent.

Submitted September 4, 2007; decided September 18, 2007

Reported below, 40 AD3d 894.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHAKA MOXLEY, Appellant, v ANTHONY ZON, as Superintendent of Wende Correctional Facility, et al., Respondents.

Submitted August 6, 2007; decided September 18, 2007

Reported below, 34 AD3d 1185.

Motion for reargument of motion for leave to appeal denied. Motion for poor person relief dismissed as academic [see 8 NY3d 811].

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JUSTO RICHARDS, Appellant, v CALVIN WEST, Respondent.

In the Matter of JUSTO RICHARDS, Appellant, v CALVIN WEST, Respondent.

In the Matter of ROBERT WARD et al., Petitioners, and JUSTO RICHARDS, Appellant, v ELIOT SPITZER, Respondent.

Submitted June 18, 2007; decided September 18, 2007

On the Court's own motion, appeal dismissed, without costs, upon the ground that the orders appealed from do not finally determine the proceedings within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the proceedings within the meaning of the Constitution. Motion for poor person relief dismissed as academic.